UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADAM WILDSTEIN,<br><br>                    Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br><br><br>                    Defendant. | Case No. 2:20-cv-18419-KM-ESK<br><br>**NOTICE OF SETTLEMENT** |

Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through its attorneys, The Law Office of Christopher B. Turcotte, P.C., hereby notifies this Court that Chase and plaintiff Adam Wildstein have reached a settlement in principle of all claims between them in this action. Chase anticipates that a stipulation of dismissal will be filed within 45 days.  Accordingly, the parties request excusal from any upcoming filing and appearance requirements, including the status conference scheduled for May 20, 2021.

Dated:  May 19, 2021

THE LAW OFFICE OF
CHRISTOPHER B. TURCOTTE, P.C.


By:    _____/s/Christopher B. Turcotte_____
                    Christopher B. Turcotte
                    575 Madison Avenue, Suite 1006
                    New York, NY 10022
                    (212) 937-8499
                    *Attorneys for Defendant JPMorgan Chase Bank, N.A.*